UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LILAH R., by and through her guardian ad litem, ELENA A., <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY SMITH, et al., <br><br> Defendants. | No. C 11-1860 MEJ <br><br> **ORDER VACATING CMC** |

This matter is currently scheduled for a case management conference on July 28, 2011. As there is a motion to dismiss scheduled to be heard on July 21, 2011, the Court VACATES the July 28 c.m.c. pending resolution of Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: June 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge