# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LILAH R., by and through her guardian ad litem, ELENA A., | No. C 11-1860 MEJ |
| Plaintiff, | **ORDER SCHEDULING CMC** |
| v. | |
| ANTHONY SMITH, et al., | |
| Defendants. | |

    This matter is hereby scheduled for a case management conference on September 1, 2011. All case management and ADR deadlines are adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: August 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge