MICHAEL S. SORGEN  (SBN 43107)
JOYCE KAWAHATA (SBN 113159)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA  94108
(415) 956-1360

Attorneys for Plaintiff

MARK E. DAVIS, Esq. (79936)
DAVIS & YOUNG APLC
1960 The Alameda, Suite 210
San Jose, CA  95126
Telephone:  (408) 244-2166
Facsimile:  (408) 244-785

Attorneys for Defendant
ANTHONY SMITH

JAMES M. MARZAN, Esq. (133931)
Edrington, Schirmer & Murphy LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants BERKELEY UNIFIED
SCHOOL DISTRICT and WILLIAM HUYETT

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LILAH R., by and through her guardian ad litem, ELENA A.;<br><br>               Plaintiff,<br><br>   vs.<br><br>ANTHONY SMITH, WILLIAM HUYETT, BERKELEY UNIFIED SCHOOL | **Case No.: CV-11-1860 MEJ (MED)**<br><br>**STIPULATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND [PROPOSED] ORDER**<br><br>**Magistrate Judge Maria-Elena James** |

DISTRICT and DOES 1 through 20;                    )
                                                    )
                                   Defendants.      )

        IT IS HEREBY STIPULATED by and between the parties in this action, through their

designated counsel, that plaintiff's motion for a protective order be heard on November 3, 2011.

Plaintiff hereby applies to the Court for an order shortening time for filing the motion less than

35 days before the hearing.

        IT IS SO STIPULATED.

                                           LAW OFFICES OF MICHAEL S. SORGEN


DATED:  September 30, 2011        By _____/s/ Joyce Kawahata_____
                                       Joyce Kawahata
                                       Attorneys for Plaintiff,
                                       LILAH R., by and through her
                                       guardian ad litem, ELENA A.


                                           DAVIS & YOUNG, APLC


DATED: October 4, 2011            By_____ /s/ Mark Davis_____
                                       Mark Davis
                                       Attorneys for Defendant,
                                       ANTHONY SMITH


                                  EDRINGTON, SCHIRMER & MURPHY LLP


DATED: September 30, 2011         By _____/s/__James M. Marzan____
                                       James M. Marzan
                                       Attorney for Defendants BERKELEY
                                       UNIFIED SCHOOL DISTRICT  and
                                       WILLIAM HUYETT


ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

        I, Joyce Kawahata, attest that concurrence in the electronic filing of this document has

been obtained from each of the signatories. I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct. Executed this 4th day of

1   October 2011 at San Francisco, California.

2                                    By _____/s/ Joyce Kawahata_____

3                                         Joyce Kawahata
                                          Attorneys for plaintiff LILAH R.
4

5

6                                    **ORDER**

7          The parties' request is DENIED.  Pursuant to the undersigned's discovery standing

8   order, the parties shall meet and confer in person and thereafter file a joint letter.  No
    motions shall be considered.
9

10  DATED: October  5   , 2011

11                                    _____
                                      Maria-Elena James
                                      United States District Chief Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Case No.: CV-11-1860 MEJ (MED)
    STIP. FOR AN ORDER SHORTENING TIME TO HEAR P'S MOTION FOR A PROTECTIVE ORDER AND
    [PROPOSED] ORDER                              3