MICHAEL S. SORGEN  (SBN 43107)
JOYCE KAWAHATA (SBN 113159)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA  94108
(415) 956-1360

Attorneys for Plaintiff

MARK E. DAVIS, Esq. (79936)
DAVIS & YOUNG APLC
1960 The Alameda, Suite 210
San Jose, CA  95126
Telephone:  (408) 244-2166
Facsimile:  (408) 244-785

Attorneys for Defendant
ANTHONY SMITH

JAMES M. MARZAN, Esq. (133931)
Edrington, Schirmer & Murphy LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants BERKELEY UNIFIED
SCHOOL DISTRICT and WILLIAM HUYETT

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LILAH R., by and through her guardian ad litem, ELENA A.;<br><br>                    Plaintiff,<br><br>     vs.<br><br>ANTHONY SMITH, WILLIAM HUYETT, BERKELEY UNIFIED SCHOOL | **Case No.: CV-11-1860 MEJ (MED)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ADR**<br><br>**Magistrate Judge Maria-Elena James** |

DISTRICT and DOES 1 through 20;    )
                                    )
             Defendants.            )

The parties and the court-appointed mediator, Kathryn Dickson, have conducted a pre-mediation telephone conference during which they set the mediation on December 2, 2011, the soonest date available for all parties and the mediator.

In the event a following session or further negotions are required to reach resolution, IT IS HEREBY STIPULATED by and between the parties in this action, through their designated counsel, that the period to complete ADR be extended to December 31, 2011.  The mediator concurs in the extension.

LAW OFFICES OF MICHAEL S. SORGEN

DATED: October 12, 2011          By _____/s/ Joyce Kawahata_____
                                     Joyce Kawahata
                                     Attorneys for Plaintiff,
                                     LILAH R., by and through her
                                     guardian ad litem, ELENA A.

DAVIS & YOUNG, APLC

DATED: October 12, 2011          By_____/s/ Mark Davis_____
                                     Mark Davis
                                     Attorneys for Defendant,
                                     ANTHONY SMITH

EDRINGTON, SCHIRMER & MURPHY LLP

DATED: October 12, 2011          By _____/s/__James M. Marzan_____
                                     James M. Marzan
                                     Attorney for Defendants BERKELEY
                                     UNIFIED SCHOOL DISTRICT  and
                                     WILLIAM HUYETT

Case No.: CV-11-1860 MEJ (MED)
STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLETION DEADLINE      2

1 ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

2     I, Joyce Kawahata, attest that concurrence in the electronic filing of this document has
3 been obtained from each of the signatories. I declare under penalty of perjury under the laws of
4 the United States of America that the foregoing is true and correct. Executed this 12th day of
5 October 2011 at San Francisco, California.

6                                          By    /s/ Joyce Kawahata

7                                              Joyce Kawahata
                                             Attorneys for plaintiff LILAH R.

8

9

10                                       **ORDER**

11     **IT IS SO ORDERED**.

12

13

14 DATED: October 20, 2011                      _____

15                                      Maria-Elena James
                                     United States District Chief Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28