JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants BERKELEY UNIFIED
SCHOOL DISTRICT and WILLIAM HUYETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILAH R., by and through her guardian ad litem, ELENA A., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHONY SMITH, WILLIAM HUYETT, BERKELEY UNIFIED SCHOOL DISTRICT and DOES 1 through 20 <br><br> Defendants. | CASE NO.: CV 11 1860 MEJ <br><br> **STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER THEREON** <br><br><br> **(JURY TRIAL DEMANDED)** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each party to bear his, her or its own fees and costs, including attorney's fees.

DATED: March 5, 2012                          LAW OFFICES OF MICHAEL SORGEN


/s/_____
Michael S. Sorgen
Attorney for Plaintiff LILAH R., by and through her
Guardian ad litem, ELENA A.

1
Stipulation of Dismissal; [Proposed] Order Thereon

| | |
|---|---|
| DATED: March 5, 2012 | EDRINGTON, SCHIRMER & MURPHY LLP |

/s/_____
James M. Marzan
Attorney for Defendants BERKELEY
UNIFIED SCHOOL DISTRICT and WILLIAM
HUYETT

| | |
|---|---|
| DATED: March 5, 2012 | DAVIS & YOUNG |

/s/_____
Mark E. Davis
Attorney for Defendant ANTHONY SMITH

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of March, 2012, at Pleasant Hill, CA.

/s/_____
James M. Marzan

**ORDER**

IT IS SO ORDERED.

DATED: March 6, 2012

_____
UNITED STATES DISTRICT JUDGE

---
2
Stipulation of Dismissal; [Proposed] Order Thereon